RECEIVED
SEP - 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRAMAINE M. BEADLES, Petitioner | CIVIL ACTION NO. 1:17-CV-809-P |
| VERSUS | JAMES T. TRIMBLE JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 6), and after a de novo review of the record including the objection filed by Petitioner (Doc. 7), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 1st day of September, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT